JUL 27 2026 PM4:08
FILED - USDC - FLMD - TPA

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ▾
### Tampa Division

|  |  |
|---|---|
| Jessica Moltisanti | )    Case No.   **8:26-CW-2156-TPB-CPT** |
|  | )        *(to be filled in by the Clerk's Office)* |
|  | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | )   Jury Trial: *(check one)* ☐ Yes ☒ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| Palm Harbor Community Services Agency, Inc. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jessica Moltisanti |
| Street Address | 6707 Bandura Avenue |
| City and County | New Port Richey, Pasco |
| State and Zip Code | Florida, 34653 |
| Telephone Number | (727) 967-5757 |
| E-mail Address | jessbeeler@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

    Name                        Palm Harbor Community Services Agency, Inc.

    Job or Title *(if known)*

    Street Address          2330 Nebraska Avenue

    City and County        Palm Harbor, Pinellas

    State and Zip Code    Florida, 34683

    Telephone Number    (727) 784-3332

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Palm Harbor Library |
| Street Address | 2330 Nebraska Avenue |
| City and County | Palm Harbor, Pinellas |
| State and Zip Code | Florida, 34683 |
| Telephone Number | (727) 784-3332 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

1/28/2025; 5/23/2025; 6/20/2025; 12/30/2025; 1/29/2026; 3/3/2026; 3/6/2026; 3/10/2026; 3/27/2026; 4/14/

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

  obstructive sleep apnea, obsessive compulsive disorde

E.    The facts of my case are as follows.  Attach additional pages if needed.

My employer denied my request for reasonable accommodation under the Americans with Disabilities Act on January 28, 2025; May 23, 2025; June 20, 2025; March 6, 2026; and March 10, 2026. My employer then retaliated against my reasonable accommodation requests by interfering with my use of leave under the Family and Medical Leave Act on December 30, 2025 and March 10, 2026 and by issuing disciplinary actions on January 29, 2026; March 3, 2026; March 27, 2026; and April 14, 2026.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
April 15, 2026

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    07/27/2026    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks the court to order damages in the amount of $85,000 which would include one year of lost wages ($45,000), one year of benefits, and compensation for the emotional distresss and hardship caused by her employer's conduct. In addition, the plantiff asks that the employer be required to remove all disciplinary records from her personnel file.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          07/27/2026

Signature of Plaintiff

Printed Name of Plaintiff     Jessica Moltisanti

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Tampa Field Office
501 East Polk St, Suite 1000
Tampa, FL 33602
(800) 669-4000
Website: www.eeoc.gov

## **DETERMINATION AND NOTICE OF RIGHTS**
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 04/28/2026

**To:** Jessica Moltisanti
6707 Bandura Ave
New Port Richey, FL 34653
Charge No: 511-2026-02893

EEOC Representative and email:    REGINALD CARNEGIE
INVESTIGATOR
REGINALD.CARNEGIE@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 511-2026-02893.

On behalf of the Commission,

Digitally Signed By:Tamra S. Schweiberger
04/28/2026

Tamra S. Schweiberger
Director

**Cc:**
Incident Location
Palm Harbor Community Services Agency, Inc.
2330 Nebraska Ave
Palm Harbor, FL 34683

NA NA
2330 Nebraska Ave
Palm Harbor, FL 34683

Yvette Everhart Esq.
Sass Law Firm
601 West Dr. Martin Luther King, Jr. Blvd.
Tampa, FL 33603

Please retain this Notice for your records.

EEOC Form 5 (11/09)                                                                                          Page 1 of 2

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>511-2026-02356 |
|---|---|---|

| **Florida Commission on Human Relations** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Jessica Moltisanti Email: jessbeeler@gmail.com** | Home Phone *(Incl. Area Code)*<br>**727-967-5757** | Date of Birth<br>**05/05/1988** |
|---|---|---|

| Street Address<br>**6707 Bandura Ave** | City, State and ZIP Code<br>**New Port Richey, FL 34653** |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**Palm Harbor Community Services Agency, Inc.** | No. Employees, Members<br>**15-100** | Phone No. *(Include Area Code)*<br>**727-784-3332** |
|---|---|---|

| Street Address<br>**2330 Nebraska Ave** | City, State and ZIP Code<br>**Palm Harbor, FL 34683** |
|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest **05/20/2025**   Latest **04/14/2026** |
| ☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**I. PERSONAL HARM: I. PERSONAL HARM:** I am employed by the above-named employer as a Youth Services Librarian at the Palm Harbor Library. I have multiple disabilities and chronic conditions that substantially limit my major life activities. Beginning in January 2025, I provided medical documentation to my employer requesting reasonable accommodations for my disabilities, specifically a flexible schedule to accommodate my inability to arrive at work by a certain time due to my disabilities. On or about May 20, 2025, my employer denied my accommodation requests and stated through their attorney that my condition was not covered under the ADA and that they have no legal requirement to provide accommodations. Prior to January 2025, my supervisor had previously accommodated my flexible schedule without incident, without disruption to my job functions, and without undue burden to the organization. As nothing had changed in either my job duties or my medical condition, Palm Harbor Community Services Agency's decision to revoke that accommodation was without justification.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04/15/2026<br>*Jessica Moltisanti (Apr 15, 2026 10:09:01 EDT)*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)                                                                                                    Page 2 of 2

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**511-2026-02356** |
|---|---|---|

| **Florida Commission on Human Relations** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

My employer subsequently approved me for intermittent FMLA leave on or about June 13, 2025 but then interfered with my use of this leave by disciplining me for tardiness related to my disabilities and forcing me on continuous FMLA leave on December 30, 2025.

On or about March 2, 2026, I submitted a formal ADA accommodation request for a flexible schedule and limited work from home options, which my employer denied on March 6, 2026, claiming it would prevent me from performing the essential functions of my position, which I deny. On March 10, 2026, my employer told me I was no longer allowed to use intermittent FMLA and could only use continuous leave, which was needed for my disabilities, effective from my return on January 31, 2026. Throughout this period, my employer issued progressive disciplinary warnings against me on January 29, 2026, March 3, 2026, March 27, 2026, and April 14, 2026 for tardiness that was directly related to my disabilities. I believe my employer has discriminated against me based on my disabilities and/or my record of disabilities by refusing to provide reasonable accommodations and affecting the terms and conditions of my employment.

**II. RESPONDENT'S REASON FOR ADVERSE ACTION:** Palm Harbor Community Services Agency's stated reason for denying my accommodation requests was that my condition was not covered under the ADA and that they have no legal requirement to provide accommodations, based on advice from their attorney. They claimed that providing a flexible schedule would prevent me from performing my essential job functions and that regular, on-site attendance during assigned shifts is required for my position. They also stated that accommodations would not be fair to other employees and referenced that other departments do not work from home. Palm Harbor Community Services Agency's stated reason for the disciplinary actions against me was tardiness and attendance issues, despite my medical documentation and approved FMLA status. Their stated reason for placing me on continuous FMLA leave and prohibiting my return to work was related to my usage of intermittent leave, which I believe are pretexts for disability discrimination and for taking a medical-related leave.

**III. STATEMENT OF DISCRIMINATION:** I hereby allege that I have been discriminated against based on my disability and retaliated against for requesting reasonable accommodations and exercising my rights in violation of the Americans with Disabilities Act of 1990, as amended, and the Florida Civil Rights Act of 1992, as amended, as well as other federal law.

I REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED TO UNDER THE LAW(S).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 04/15/2026     *Jessica Mollisanti (Apr 15, 2026 10:09:01 EDT)*<br>**Date**         **Charging Party Signature** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |